# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MONTOYA LOPEZ,<br>Petitioner,<br>v.<br>TODD BLANCHE, et al.,<br>Respondents. | Case No. 1:26-cv-05589-JLT-EPG-HC<br>ORDER GRANTING *PRO HAC VICE* APPLICATION<br>(ECF No. 3) |

Before the Court is the application of Daniel I. Smulow, attorney for Petitioner, for admission to practice *pro hac vice*. L.R. 180(b)(2). Following review, the application for admission to practice *pro hac vice* (ECF No. 3) is HEREBY GRANTED.

IT IS SO ORDERED.

Dated: **July 21, 2026**

/s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE