UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE M. L.,<br>Petitioner,<br>v.<br>BLANCHE, *et al.*,<br>Respondents. | Case No. 1:26-cv-05589-JLT-FJS (HC)<br>(A-Number: 248-001-150)<br>ORDER FOR PETITIONER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND FAILURE TO COMPLY WITH A COURT ORDER<br><u>FOURTEEN (14) DAY DEADLINE</u> |

Petitioner Jose M. L.[1] is an immigration detainee proceeding through counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. The instant petition, in Case No. 1:26-cv-05589-JLT-FJS, was filed on July 20, 2026. (ECF No. 1.)

On August 6, 2026, Respondents filed a notice of related cases. (ECF No. 8.) Pursuant to that notice, the instant action was related to Case No. 1:26-cv-05535-JLT-FJS. (ECF No. 9.) On August 10, 2026, the court issued an order staying the deadline for Respondents to file a response to the petition and directing Petitioner to file a brief response, on or before August 17, 2026,

[1] As recommended by the Committee on Court Administration and Case Management of the Judicial Conference of the United States, the Court omits petitioner's full name, using only the first name and last initial, to protect sensitive personal information. *See* Memorandum re: Privacy Concern Regarding Social Security and Immigration Opinions, Committee on Court Administration and Case Management, Judicial Conference of the United States (May 1, 2018), https://www.uscourts.gov/sites/default/files/18-cv-l-suggestion_cacm_0.pdf.

indicating whether he wishes to proceed with both cases or whether he wishes to voluntarily dismiss either action. (ECF No. 11.) The court informed Petitioner that he could also respond by filing a notice of voluntary dismissal. (*Id.*) Petitioner did not file a response in either action or otherwise communicate with the court.

Accordingly, it is HEREBY ORDERED as follows:

1. Within fourteen (14) days from the date of service of this order, Petitioner is ORDERED TO SHOW CAUSE, by written response, why the instant petition, in Case No. 1:26-cv-05589-JLT-FJS, should not be dismissed, without prejudice, due to Petitioner's failure to prosecute, pursuant to Fed. R. Civ. P. 41(b);
2. Petitioner may comply with this order by filing a brief response regarding whether he wishes to proceed with both the instant action and Case No. 1:26-cv-05535, or whether he wishes to voluntarily dismiss either action; and
3. If Petitioner fails to comply with this order, this action may be dismissed, without prejudice, for failure to prosecute and failure to comply with a court order.

IT IS SO ORDERED.

Dated: **August 21, 2026**

UNITED STATES MAGISTRATE JUDGE