UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOSE M. L.,

Petitioner,

v.

BLANCHE, *et al.*,

Respondents.

Case No. 1:26-cv-05589-JLT-FJS (HC)

(A-Number: 248-001-150)

ORDER DIRECTING CLERK OF COURT TO CLOSE CASE PURSUANT TO NOTICE OF VOLUNTARY DISMISSAL

(ECF No. 14)

Petitioner Jose M. L. ("Petitioner") is a federal immigration detainee proceeding through counsel and seeking a petition for writ of habeas corpus pursuant to 28 U.S.C. §2241.

On August 6, 2026, Respondents filed a notice of related cases. (ECF No. 8.) Pursuant to that notice, the instant action was related to Case No. 1:26-cv-05535-JLT-FJS. (ECF No. 9.) The court issued an order staying the deadline for Respondents to file a response to the petition and directing Petitioner to file a brief response indicating whether he wishes to proceed with both cases or whether he wishes to voluntarily dismiss either action. (ECF Nos. 11, 13.)

On August 24, 2026, Petitioner, through counsel, filed a response indicating that Petitioner intended to withdraw his *pro se* habeas petition, Case No. 1:26-cv-05535-JLT-FJS, to proceed with the instant action, but Petitioner's *pro se* response may be delayed by the prison mail system. (ECF No. 14.) In addition, Petitioner's counsel learned that Petitioner is scheduled for a bond hearing on Friday, August 28, 2026, and as a result, Petitioner notifies the court of his

desire to also dismiss the instant action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (*Id.*)

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, "the [petitioner] may dismiss an action without a court order by filing: a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment . . . ." Pursuant to Rule 12 of the Rules Governing Section 2254 Cases, "[t]he Federal Rules of Civil Procedure, to the extent that they are not inconsistent with any statutory provision or these rules, may be applied to a proceeding under these rules."

In this case, Respondents have not yet filed an answer or other responsive pleading. Therefore, under Rule 41(a)(1), the petition is deemed dismissed without prejudice.

Accordingly, the Clerk of Court is HEREBY DIRECTED to close the case pursuant to Petitioner's notice of voluntary dismissal, (ECF No. 14).

IT IS SO ORDERED.

Dated: **August 25, 2026**

UNITED STATES MAGISTRATE JUDGE